No. 46768.—Protest 73634–K of Wm. Liddell & Co., Inc. (New York).

Opinion by CLINE, J.  In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

No. 46769—Protest 67772–K of Rohner, Gehrig & Co., Inc. (New York).

Opinion by CLINE, J.  An examination of the record failed to disclose anything that would warrant the court in disturbing the action of the collector, which was held presumptively correct.  The protest was therefore overruled.

DECEMBER 30, 1941

No. 46770.▇▇▇▇▇▇▇▇▇▇▇▇—Petitions 5888–R, etc., of E. H. Corrigan. ▇▇▇▇▇▇▇ Motion of Government for rehearing denied.

JANUARY 2, 1942

No. 46771.—▇▇▇▇▇▇▇▇▇—Protest 54865–K of Sokol & Co. ▇▇▇ ▇▇ Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, JANUARY 7, 1942

No. 46772.—Protest 77121–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J.  In accordance with stipulation of counsel the merchandise invoiced as Lyofix D. E. C. (Prep. 6640 Conc. Pat.) was held taxable at $5\frac{7}{100}$ of 3 cents per pound on the entire weight, Albatex P. O. C. at $4\frac{1}{100}$, and Ultraven W. C. at $3\frac{4}{100}$.  Protest sustained in part.